To the attention of the **Honorable David R Jones**, US Bankruptcy Court Southern District of TX, (Houston)

We are asking for the immediate discharge of adversary proceeding number: 14-03348 filed December 1, 2014 with the lead BK case (14-33349); Lead BK title: Jeffrey E Scarborough and Melina A Scarborough; Lead BK Chapter: 7

We dispute all counts to dischargeability, false pretenses, false representation, and actual fraud as alleged on forms mailed to us from Mark McQuality. The summons in an adversary proceeding paperwork filed at the court house was sent to our address by Mark McQuality who is not a debtor/plaintiff in our case. The envelope received contained two, Form(s) B250A (12-09) and one official Form 16D (12/04), completed by the following:

Bryan Kitchen vs. Jeffrey E. Scarborough, Mary Clarke vs. Melina Scarborough, and Delia McQuality vs. Jeff and Melina Scarborough with ETAL:

Delia McQuality
Mary Clarke
Bryan Kitchen
Joan Storemski
Cynthia Hull
Gerrie P Sullivan
Kim L Clemons
Mitzi Mansker
William D Sherer
Maria L Henkle

United States Courts
Southern District of Texas
FILED

DEC 29 2014

David J. Bradley, Clerk of Court

The envelope sent from Mark McQuality did not contain the adversary complaint of 180 plus pages as indicated by the court clerk nor was it sent from any actual debtor/plaintiff. In fact seven of the alleged plaintiffs did not file any forms based on what has been served and/or mailed to us.

We have acted in good faith at all creditor meetings over the five month period following filing on June 13, 2014. We have provided all bank statements for the entire year and continued to provide them through the final meeting in November, provided requested documentation, answered all questions to the best of our ability and to the best that memory serves us. In fact, we received a discharge dated October 30, 2014 which later we were told was not valid. We ask for immediate discharge of adversary proceeding due to lack of proper summons and/or service to us by all plaintiffs.

We have filed with you at this time to meet the deadline; however we have no counsel as Mr. Phillip Trueba does not handle adversary proceedings. Mr. Trueba has officially removed himself as the attorney on record so at this time we are without counsel. We cannot get the attorney we paid to do anything.

Jeffrey E Scarborough                                     Melina A Scarborough