

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE: Jeffrey E. Scarborough and Melina Scarborough<br>  Debtor. | Case No.: 14–33349<br>Chapter 7<br>David R. Jones |

ENTERED
01/06/2015

**Delia McQuality,**

   Plaintiff,

vs.                                         Adversary No.: 14–03348

**Jeffrey E. Scarborough,**

   Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

   1.   The Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016 on **1/29/15 at 02:00 PM** in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

   2.   The parties shall confer and file a joint report pursuant to Rule 26(f) as made applicable by Bankruptcy Rule 7026 at least 3 business days prior to the scheduling conference.

   3.   The parties may agree in a written stipulation to extend the Defendant's answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

   4.   If no answer has been filed, the Plaintiff should be prepared to advise the Court of the status of the filing of a motion for default.

   Signed and Entered on January 6, 2015 at Houston, Texas.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE