UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS



ENTERED
01/06/2015

| | |
|---|---|
| IN RE: Jeffrey E. Scarborough and Melina Scarborough<br>    Debtor. | Case No.: 14−33349<br>Chapter 7<br>David R. Jones |

Delia McQuality,

   Plaintiff,

vs.                                         Adversary No.: 14−03348

Jeffrey E. Scarborough,

   Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

   1.   The Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016 on **1/29/15 at 02:00 PM** in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

   2.   The parties shall confer and file a joint report pursuant to Rule 26(f) as made applicable by Bankruptcy Rule 7026 at least 3 business days prior to the scheduling conference.

   3.   The parties may agree in a written stipulation to extend the Defendant's answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

   4.   If no answer has been filed, the Plaintiff should be prepared to advise the Court of the status of the filing of a motion for default.

   Signed and Entered on January 6, 2015 at Houston, Texas.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                              Southern District of Texas
McQuality,
        Plaintiff                                         Adv. Proc. No. 14-03348-drj

Scarborough,
        Defendant
                            CERTIFICATE OF NOTICE
District/off: 0541-4           User: aalo              Page 1 of 1             Date Rcvd: Jan 06, 2015
                               Form ID: oschcnf        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
pla            +Bryan D Kitchen,    12034 Pender Lane,    Stafford, TX 77477-1623
pla            +Cynthia Hull,    5400 Manor Dr,    Sugar Land, TX 77479-9625
pla            +Delia McQuality,    1203 Alexandria Court,    Richmond, TX 77406-2227
pla            +Gerrie P Sullivan,    6002 Del Bello Rd,    Manvel, TX 77578-3035
dft            +Jeffrey E. Scarborough,    22217 Highway 6,    Manvel, TX 77578-3827
pla            +Joan Storemski,    3226 Cypress Pt Dr,    Missouri City, TX 77459-3634
pla            +Kim L Clemons,    1720 Dahlstrom Rd,    Alvin, TX 77511-1968
pla             Maria L Henkel,    281-534-3226,    Dickinson, TX  77539
pla            +Mary Clarke,    219 Jasmine,    Lake Jackson, TX 77566-5429
dft            +Melina Scarborough,    22217 Highway 6,    Manvel, TX 77578-3827
pla            +Mitzi Mansker,    2800 E Broadway C312,    Pearland, TX 77581-9502
pla            +William Dean Sherer,    9847 Sageaspen Ln,    Houston, TX 77089-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0
```