United States Bankruptcy Court Southern District Texas

In RE: Jeffrey E Scarborough and Melina Scarborough

Chapter 7 case no: 14-33349  adversary no: 14-03348

Judge David R Jones

Exibits: Melina Scarborough

United States Court
Southern District of Texas
FILED
JAN 23 2015
David J. Bradley, Clerk of Court

① Bank Records
  (a) First State Bank (Dixieland) acct # 1039973
  (b) First State Bank (Coastal Management) acct # 1036722
  (c) First State Bank (personal) acct # 6061121
② contract with Pedro
③ sales sheets and money owed to creditors (wrong amount stated)
④ Marie Henkel contract

has possession of above document on CD rom — Jeanna Poe  legal assistant for Nathan Sommers
2800 Post Oak Blvd  61rst floor
Houston Texas 77056

subject of information: March and April receipt books

⑤ creditors meetings tapes
  available from U.S Dept of Justice
    3rd floor
    515 Rusk Ave
    Houston Texas 77002

⑥ hot check to Mary Clarke
  available at District Attorneys Office
    4th floor Brazoria Co. Courthouse
    111 East Locust
    Angleton Texas 77531

Exibits: Jeffrey E. Scarborough

① Bank Records
  (a) First State Bank (Texas gulf Coast Auction LLC) operating account  acct # 1040104
  (b) First State Bank (Texas gulf Coast Auction LLC) escrow account  acct # 1039585

Jeanna Poe has possession of all bank records on CD rom

(1) First State Bank (personal) acct # 6061121
(2) creditors meetings tapes
   available from U.S. Dept of Justice
        3rd floor
        515 Rusk Ave
        Houston Texas 77002

Mary Clarke
219 Jasmine
Lake Jackson TX
77566
1-979-297-1005
no email