United States Bankruptcy Court
Southern District of Texas

IN RE: Jeffrey E Scarborough
and Melina Scarborough
adversary no: 14-03348

chapter 7
case no: 14-33347
Judge David R. Jones

JAN 23 2015
David J. Bradley, Clerk of Court

# Witness List

present ① Delia McQuality
1203 Alexandria Ct.
Richmond TX 77406
1-817-456-0508

present ② Mary Clarke
219 Jasmine
Lake Jackson TX 77566
1-979-297-1005

if need arises ③ Brian Kitchen
12034 Ponder Lane
Stafford TX 77477
~~1-281-743-2165~~
1-281-635-5913

if need arises ④ Kim Clemons
1720 Dahlstrom Rd.
Alvin Texas 77511
1-281-743-2165

if need arises ⑤ Joan Storemski
3226 Cypress Point Rd.
Missouri City Texas 77459
1-832-563-4592

if need arises ⑥ Marie Henkel
5611 Chisholm Trail
Dickenson TX 77539
1-281-534-3226

if need arises ⑦ Lindy Hull
5400 Manor
Sugarland TX 77478
1-832-418-1161

if need arises ⑧ Gerri Sullivan
6002 Del Bello Dr.
Manvel TX 77578
1-832-656-5234

if need· arises (9) Mitzi Mansker
2800 E. Broadway C 312     1-832-656-5234
Pearland TX 77581

present (10) Bill Sherer
9847 Sage aspen Ln.     1-713-805-7565
Houston TX 77089

Mary Clarke
219 Jasmine
Lake Jackson TX 77566
1-979-297-1005
no E mail