United States Courts
Southern District of Texas
FILED
JAN 23 2015
David J. Bradley, Clerk of Court

United States Bankruptcy Court
Southern District of Texas

RE: Jeffrey E Scarborough        chapter 7
and Melina Scarborough           case no: 14-33349
debtor

adversary no: 14-03348           Judge
                                 David R. Jones

Defendants would not respond to court order to confer. Plaintiffs are filing a single report:

26 f (a)

(i) nature of claim: Jeffrey and Melina Scarborough were acting in a fiduciary capacity and commited a gross deviation from the standard of conduct that a law abiding person would observe in a fiduciary situation

(ii) basis of claim: misdirrected, commingled and misappropriated funds belonging to plaintiffs

(iii) defenses: no response from defendants

(vi) possibilities for promptly settling or resolving the case: payment of funds fraudulently appropriated by defendants

(v) make or arrange for disclosers (Rule 26(a)(1)): can not make arrangements because of no response by defendants

(vi) preserving discoverable information: plaintiffs information is preserved at trustees office, on creditors tapes and at District Attorneys office in Brazoria County

(vii) develop a proposed discovery plan: can not because no response by defendants

26(f)(3) Discovery Plan (views and proposals)
(A) need to confer with defendants on changes in timing form or requirements for discloser under rule 26(a) because plaintiffs will be having discovery requests from defendants
(B) subjects of discovery for plantiffs banking records, contracts, lease agreements (for both plantiffs and defendants) creditors meetings tapes, hot check, addendum to lease agreement
(C) plaintiffs will produce electronically stored information CD Rom form and written form
(D) need to confer with defendants
(E) need to confer with defendants
(F) plaintiffs want to amend the pleading of the original complaint to include #2 embezzlement

26(f)(4)
(A) defendants did not confer
(B) defendants did not confer