

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/24/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 14-33349 |
| JEFFREY E. SCARBOROUGH; dba | § | CHAPTER 7 |
| TEXAS GULF COAST AUCTION; dba | § | |
| TEXAS GULF COAST AUCTION, LLC, *et al* | § | |
| | § | |
| Debtor(s). | § | DAVID R. JONES |
| | § | |
| DELIA MCQUALITY, *et al* | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | ADVERSARY NO. 14-3348 |
| | § | |
| JEFFREY E. SCARBOROUGH, *et al* | § | |
| | § | |
| Defendant(s). | § | |

## ORDER
**(Docket No. 38)**

The plaintiffs seek to amend their complaint to allege a different theory under 11 U.S.C § 523(a)(4) based on their understanding of the meaning of "fiduciary." The motion is denied. The Court has set a trial date for January 13, 2016. The plaintiffs should come prepared to present the factual basis for asserting that their claims are nondischargeable. The Court will apply those facts to the law of § 523(a)(4).

**SIGNED: November 23, 2015.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE